

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00250-CV

**IN THE INTEREST OF Z.A.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00309
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED. No costs of appeal are assessed against appellant because she qualifies as indigent.

SIGNED August 6, 2025.

_____
Irene Rios, Justice